UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JERRY THOMAS MCCARIGIE,

    Plaintiff,

v.                                                            Case No.  3:16cv433/MCR/CJK

ANN GONZALEZ, et al.,

    Defendants.

_____/

## REPORT AND RECOMMENDATION

This prisoner civil rights case is before the court upon referral from the clerk. On September 1, 2016, the court entered an order (doc. 4) granting plaintiff's motion to proceed *in forma pauperis* and assessing an initial partial filing fee of $14.16, to be paid within thirty (30) days. Plaintiff did not pay the initial partial filing fee.

Accordingly, on October 18, 2016, the court ordered plaintiff to show cause, within fourteen days, why this case should not be dismissed for failure to comply with an order of the court. (Doc. 5). A copy of the show cause order was mailed to plaintiff at his address of record – the Escambia County Jail. The mail was returned on October 26, 2016, as undeliverable, marked: "Rel 9-19-16". (Doc. 6). The Escambia County Jail Inmate Lookup indicates that plaintiff was released on September 19, 2016, and that he provided no release address. To date, plaintiff has

not complied with the court's September 1, 2016 order, and has not notified the court of his new address.

Accordingly, it is respectfully RECOMMENDED:

1. That this case be DISMISSED WITHOUT PREJUDICE for plaintiff's failure to comply with an order of the court and failure to keep the court informed of his current address.

2. That the clerk be directed to close the file.

At Pensacola, Florida this 14th day of November, 2016.

*/s/* *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon the magistrate judge and all other parties.  A party failing to object to a magistrate judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions.  *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.